United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ACTIAN CORPORATION,

Plaintiff,

v.

ITRON, INC.,

Defendant.

Case No. 25-cv-08914-BLF

**ORDER DENYING MOTION TO SEAL**

[Re: ECF No. 50]

Itron moved for the Court to consider whether Actian's material should be sealed. *See* ECF No. 50 ("Mot."); Civ. L.R. 79-5. The material at issue is a software invoice attached as an exhibit to Itron's reply to its motion to dismiss. *See* ECF No. 50-1. Actian responded that the exhibit need not be sealed. *See* ECF No. 51. Accordingly, by November 13, 2026, Itron SHALL refile Exhibit 1 on the public docket.

**IT IS SO ORDERED.**

Dated: November 6, 2026

BETH LABSON FREEMAN
United States District Judge